1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN P. ROONEY
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11 CR 00343 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE AND HEARING RE MOTION TO SUPPRESS EVIDENCE AND CONTINUE STATUS CONFERENCE HEARING |
| v. | |
| ONG SONEPHADY | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kevin P. Rooney, Counsel for Plaintiff and Mark Broughton Counsel for Defendant that the hearing scheduled for a motion to suppress evidence now scheduled for February 4, 2013 at 1:30 p.m. and trial in the above-captioned matter now set for March 26, 2013, may be vacated and a status conference in this matter be set for February 25, 2013 at 1:00 p.m. before Magistrate McAuliffe to reschedule the trial.

This continuance is at the request of all parties. Counsel have engaged in substantive plea negotiations on the case. However, the parties have been unable to finalize the potential plea agreements. The assigned AUSA has been unavailable for several weeks due to a family emergency. Counsel for the defense has several pending trials which will occupy the counsel for approximately the

Stipulation and Order 1

next two months.  The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiations purposed pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: January 31, 2013　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin P. Rooney
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. ROONEY
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark Broughton
　　　　　　　　　　　　　　　　　　　　　　　　MARK BROUGHTON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


IT IS SO ORDERED.

Dated:   January 31, 2013　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

Stipulation and Order　　　　　　　　　　　2